THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Jane and John
 Doe, Respondents,
 
 
 

v.

 
 
 
 South Carolina
 DSS; Juan C.; Pamela C-R.; and Baby Girl K., a minor under the age of seven
 (7) years, Defendants,/ Of whom Juan C. is the Appellant,
 
 
 

And

 
 
 
 South Carolina DSS, Respondent,
 
 
 

v.

 
 
 
 Pamela J.L.
 C-R., and Juan C., Defendants,/Of Whom Juan C. is the Appellant.
 
 
 

Appeal From Cherokee County
 Georgia V. Anderson, Family Court Judge
AFFIRMED

Unpublished Opinion No. 2008-UP-183
Submitted March 3, 2008  Filed March 17,
 2008
AFFIRMED

 
 
 
 Alexander  Hray, Jr., of Spartanburg, for Appellant.
 Beth McElroy Bullock, of Gaffney and James Fletcher Thompson, of Spartanburg, for Respondents.
 Usha Jefferies Bridges, of Gaffney, for Guardian Ad Litem.
 
 
 

PER
 CURIAM: This appeal arises from the termination of parental
 rights of Juan C. (Father).  The family court found his parental rights should
 be terminated on two grounds: 1) the child has been in DSS custody for fifteen
 of the most recent twenty-two months; and 2) Father has willfully failed to
 support the child.  Additionally, the family court found termination was in the
 best interest of the child.  See S.C. Code Ann. § 20-7-1572 (Supp. 2007).  Upon reviewing the record and the family
 courts determination in its entirety pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warranting briefing. 
 Accordingly, the family courts decision is affirmed.[1]
AFFIRMED.
HUFF,
 KITTREDGE, and WILLIAMS, JJ., concur. 

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.